The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-MC-05011-BHS |
| Plaintiff, | (3:11-CR-05305-BHS-2) |
| v. | **Continuing Garnishee Order** |
| JOHN MARCUS McCRORY, | |
| Defendant/Judgment Debtor, | |
| and | |
| CHEHALIS TRIBE, | |
| Garnishee. | |

A Writ of Continuing Garnishment, directed to Garnishee Chehalis Tribe, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Chehalis Tribe filed an Answer on April 19, 2016, stating that at the time of the service of the Writ, the Tribe anticipated owing Mr. McCrory $14,875.00 in November 2016.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. John Marcus McCrory and Chehalis Tribe,* USDC#: 3:16-MC-05011-BHS / 3:11-CR-05305-BHS-2) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about April 13, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Chehalis Tribe, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including Tribal per capita, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to receive, or later becomes entitled to receive;

That if the entire amount (less federal tax withholding paid to the Internal Revenue Service) of such accounts exceeds $4,823.25 (the amount of Mr. McCrory's criminal judgment debt as of May 23, 2016), Chehalis Tribe shall pay only $4,823.25 to the Court;

That such payments shall be applied to Defendant/Judgment Debtor McCrory's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:11-CR-05305-BHS-2 and 3:16-MC-05011-BHS, and to deliver such payments either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. John Marcus McCrory and Chehalis Tribe*, USDC#: 3:16-MC-05011-BHS / 3:11-CR-05305-BHS-2) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this 25 day of May, 2016.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. John Marcus McCrory and Chehalis Tribe*, USDC#: 3:16-MC-05011-BHS / 3:11-CR-05305-BHS-2) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970